IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:12-CV-80732-KLR



FILED by _____ D.C.

JAN 1 5 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

JOHN PINSON,

  Plaintiff,

vs.

CAPITAL MANAGEMENT SERVICES LP.

  Defendant.
  _____/

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND**

**TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF THIS COURT:

  The Plaintiff *pro se*, John Pinson, files this Motion for Enlargement of Time, and in support thereof would show:

1. Defendant has filed a Motion for Summary Judgment with the court, during discovery.

2. Plaintiff did serve his second discovery request on Defendant by U.S. Certified Mail # 7011 3500 0002 1529 6817 Return Receipt Requested mailed on December 13, 2012 and received by Defendant's counsel on December 17, 2012.

3. Defendant has not responded to Plaintiff's discovery request as of today's date of January 15, 2013.

4. Plaintiff requests a 30 day enlargement of time to respond to Defendant's Motion for Summary Judgment.

5. This is Plaintiff's first application for extension of time in this case.

6. Defendant filed its Motion for Summary Judgment [DE 28] January 9, 2013, and did serve on Plaintiff pro se via US Regular Mail postmarked January 10, 2013.

7. The new deadline would be February 22, 2013.

**WHEREFORE**, the Plaintiff respectfully requests the court allow Plaintiff additional time to respond as requested.

Respectfully Submitted,

_____
John Pinson
526 Westwood Road
West Palm Beach, FL 33401
Tel.: 561-329-2524
Email: john@pinson.com

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document is being served upon the below named parties via first class U.S. mail.

Signed January 15, 2013

_____
John Pinson

Dale T. Golden
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609

Counsel of Record for the Defendants
CAPITAL MANAGEMENT SERVICES LP.