IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:12-cv-80732-KLR

JOHN PINSON,

      Plaintiff,

vs.

CAPITAL MANAGEMENT SERVICES, L.P.,

      Defendant.

_____/

## BILL OF COSTS

Judgment having been entered in the above-entitled action on March 4, 2013, against JOHN PINSON, Plaintiff, the Clerk is requested to tax the following costs:

| | |
|---|---|
| Fees of the Clerk*.................................................................................................. | $ 350.00 |
| Fees for service of summons and subpoenas......................................................... | $ 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case.............. | $ 0.00 |
| Fees and disbursements for printing....................................................................... | $ 0.00 |
| Fees for Witnesses ............................................................................................... | $ 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case................................................................. | $ 0.00 |
| Docket Fees under 28 U.S.C. 1923........................................................................ | $ 0.00 |
| Costs as shown on Mandate of Court of Appeals................................................... | $ 0.00 |
| Compensation of court appointed experts............................................................... | $ 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828........... | $ 0.00 |
| Other Costs (please itemize)................................................................................. | $ 0.00 |
| Total | $ **350.00** |

*See Exhibit A- Itemized List of Costs

## DECLARATION

I declare under penalty of perjury that the forgoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served by electronic service by e-mail to all parties.

Signature of Attorney:

**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609
Telephone: (813) 251-5500
Facsimile: (813) 251-3675
Email: dgolden@gsgfirm.com

By: _____ /s/ Dale T. Golden _____
     Dale T. Golden, Esquire
     FBN: 094080

For: CAPITAL MANAGEMENT SERVICES, L.P.,

Costs are taxed in the amount of _____ and included in the judgment.

_____   By:_____       Date__ _____
Clerk of Court          Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:12-cv-80732-KLR

JOHN PINSON,

     Plaintiff,

vs.

CAPITAL MANAGEMENT SERVICES, L.P.,

     Defendant.

_____/

## AFFIDAVIT OF DALE T. GOLDEN IN SUPPORT OF BILL OF COSTS

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

     BEFORE ME, the undersigned authority, personally appeared DALE T. GOLDEN ESQUIRE, who is personally known to me, and who after being first being duly sworn, deposes and states the following:

     1.    I am over the age of 18 and have personal knowledge of the matters contained herein. I am an attorney duly licensed to practice law in the State of Florida.

     2..    I served as counsel for the Defendant during this litigation and at all times relevant herein.

     3.    An itemized list of the costs expended in defense of this case as the prevailing party, and which are taxable under Federal Rules of Civil Procedure, is as follows:

- Clerk, United States District Court - $350 filing fee (removal);

     4.    The costs listed herein above are correct to the best of my knowledge, and have been necessarily incurred in this case.

5.      The services for which fees have been charged were actually and necessarily performed.

6.      Accordingly, the total costs expended on behalf of the Defendant for the defense of this action which may be recovered are **$350.00.** The costs incurred herein are reasonable and were necessary for the defense of this matter.

**FURTHER AFFIANT SAYETH NOT.**

_____
DALE T. GOLDEN

SWORN TO AND SUBSCRIBED this 14th day of March , 2013.

_____
NOTARY PUBLIC

_____
Printed Name of Notary Public



LIANE BROOKS
MY COMMISSION # DD 927311
EXPIRES: January 23, 2014
Bonded Thru Notary Public Underwriters