IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  9:12-cv-80732-KLR

JOHN PINSON,

    Plaintiff,

vs.

CAPITAL MANAGEMENT SERVICES, L.P.,

    Defendant.
_____/

## DEFENDANT'S NOTICE THAT DEFENDANT'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT IS UNOPPOSED

COMES NOW, Defendant, Capital Management Services, L.P., by and through the undersigned counsel and files this Notice that Defendant's Motion for Sanctions Pursuant to Rule 11 (DE 37) is Unopposed, and states:

1. This matter arises out of allegations that Defendant violated the Fair Credit Reporting Act by impermissibly pulling Plaintiff's credit report.

2. Summary judgment was entered in Defendant's favor on March 4, 2013.  (DE 35)

3. On March 4, Defendant filed its Motion for Sanctions Pursuant to Rule 11. (DE 37)

4. On March 6, 2013, an Order of Reference was entered by this Court, referring the Defendant's Motion to Magistrate Judge Hopkins for issuance of a report and recommendation on Defendant's motion for Rule 11 sanctions.  (DE 38)

5. Plaintiff failed to file a timely response to the Motion.

6. As Plaintiff has failed to respond to Defendant's Motion, Defendant requests this Court grant the Motion by default. *See, Doe v. Celebrity Cruises*, 145 F.Supp.2d 1337, 1346

(S.D.Fla. 2001)("failure to file an opposing memorandum may be deemed sufficient cause for granting the motion by default.")

WHEREFORE, Defendant, Capital Management Services, L.P., respectfully requests that the Court grant its Motion for Sanctions Pursuant to Rule 11.

Respectfully submitted by:

/s/ Dale T. Golden
Dale T. Golden, Esquire
FBN: 0094080

 /s/ Charles J. McHale
Charles J. McHale, Esquire
Florida Bar No. 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, FL 33609
Phone: 813-251-5500
Fax: 813-251-3675
Email: dgolden@gsgfirm.com
Email: cmchale@gsgfirm.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system on April 4, 2013, which will send notice of electronic filing to all counsel of record, and furnished via U.S. Mail to John Pinson, Pro Se, 526 Westwood Road, West Palm Beach, FL 33401.

                              /s/ Dale T. Golden
                              Dale T. Golden, Esquire
                              FBN:  0094080

                              /s/ Charles J. McHale
                              Charles J. McHale, Esquire
                              Florida Bar No. 0026555