IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:12-cv-80732-KLR

JOHN PINSON,

    Plaintiff,

vs.

CAPITAL MANAGEMENT SERVICES, L.P.,

    Defendant.
_____/

## BILL OF COSTS

Judgment having been entered in the above-entitled action on March 4, 2013, against JOHN PINSON, Plaintiff, the Clerk is requested to tax the following costs:

| | |
|---|---|
| Fees of the Clerk*..................................................................................................................$ | 350.00 |
| Fees for service of summons and subpoenas.............................................................................$ | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case..............$ | 0.00 |
| Fees and disbursements for printing........................................................................................$ | 0.00 |
| Fees for Witnesses ................................................................................................................$ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case........................................................................... | |
| Docket Fees under 28 U.S.C. 1923.........................................................................................$ | 0.00 |
| Costs as shown on Mandate of Court of Appeals......................................................................$ | 0.00 |
| Compensation of court appointed experts.................................................................................$ | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828...........$ | 0.00 |
| Other Costs (please itemize)...................................................................................................$ | 0.00 |
| Total | $ 350.00 |

*See Exhibit A - Itemized List of Costs

## DECLARATION

I declare under penalty of perjury that the forgoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served by electronic service by e-mail to all parties.

Signature of Attorney:

**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609
Telephone: (813) 251-5500
Facsimile: (813) 251-3675
Email: dgolden@gsgfirm.com

By: _____/s/ Dale T. Golden_____
Dale T. Golden, Esquire
FBN: 094080

For: CAPITAL MANAGEMENT SERVICES, L.P.,

Costs are taxed in the amount of $350.00 and included in the judgment.

Steven M. Larimore
_____ By: _____ Date 4/8/13
Clerk of Court            Deputy Clerk