IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:12-cv-80732-KLR

JOHN PINSON,

    Plaintiff,

vs.

CAPITAL MANAGEMENT SERVICES, L.P.,

    Defendant.
_____/

**NOTICE OF NINETY DAYS EXPIRING REGARDING DEFENDANT MOTION FOR SANCTIONS PURSUANT TO RULE 11 (DE 38)**

COMES NOW, Defendant, Capital Management Services, L.P., by and through the undersigned counsel and files this Notice of Ninety (90) days expiring regarding Defendant's Motion for Sanctions Pursuant to Rule 11 (DE 37), and states:

1. This matter arises out of allegations that Defendant violated the Fair Credit Reporting Act by impermissibly pulling Plaintiff's credit report.

2. Summary judgment was entered in Defendant's favor on March 4, 2013.  (DE 35)

3. On March 4, Defendant filed its Motion for Sanctions Pursuant to Rule 11. (DE 37)

4. On March 6, 2013, an Order of Reference was entered by this Court, referring the Defendant's Motion to Magistrate Judge Hopkins for issuance of a report and recommendation on Defendant's motion for Rule 11 sanctions.  (DE 38)

5. Plaintiff failed to file a timely response to the Motion.

6. On April 4, 2013, Defendant filed its Notice of No Opposition to its Motion for Sanction pursuant to Rule 11 (DE 40) as Plaintiff had failed to file any response to such motion.

7. To date Plaintiff has failed to file any response to Defendant's Motion for Sanctions pursuant to Rule 11 and/or ask for any extension of time.

8. Local Rule 7.1(b)(4)(A) requires the movant to notify the Court when a motion has been pending and fully briefed with no hearing set thereon for a period of ninety days.

Respectfully submitted by:

/s/ Dale T. Golden
Dale T. Golden, Esquire
FBN: 0094080

 /s/ Charles J. McHale
Charles J. McHale, Esquire
Florida Bar No. 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, FL 33609
Phone: 813-251-5500
Fax: 813-251-3675
Email: dgolden@gsgfirm.com
Email: cmchale@gsgfirm.com
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system on July 10, 2013, which will send notice of electronic filing to all counsel of record, and furnished via U.S. Mail to John Pinson, Pro Se, 526 Westwood Road, West Palm Beach, FL 33401.

                                        /s/ Dale T. Golden
                                        Dale T. Golden, Esquire
                                        FBN:  0094080

                                        /s/ Charles J. McHale
                                        Charles J. McHale, Esquire
                                        Florida Bar No. 0026555