UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80732-CIV-RYSKAMP/HOPKINS

JOHN PINSON.

    Plaintiff,

v.

CAPITAL MANAGEMENT
SERVICES, L.P.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court pursuant to the report and recommendation of United States Magistrate Judge James M. Hopkins, dated July 31, 2013 **[DE 43]**. No objections to the report and recommendation have been filed. The Court has reviewed the report and recommendation and has conducted a de novo review of the underlying record. It is hereby

ORDERED AND ADJUDGED that the report and recommendation is ADOPTED, AFFIRMED and APPROVED. The motion for Rule 11 sanctions against Plaintiff **[DE 37]** is DENIED.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 4th day of September, 2013.

                                                 S/Kenneth L. Ryskamp
                                                 KENNETH L. RYSKAMP
                                                 UNITED STATES DISTRICT JUDGE