IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:12-cv-80732-KLR

JOHN PINSON,

Plaintiff,

vs.

CAPITAL MANAGEMENT SERVICES, L.P.,

Defendant.
_________________________________/

## SATISFACTION OF COST JUDGMENT

DEFENDANT, CAPITAL MANAGEMENT SERVICES, LP, by and through the undersigned counsel, acknowledges satisfaction in full of the Cost Judgment against Plaintiff, JOHN PINSON, (Doc. 41) entered in this matter on April 9, 2013.

The Clerk of the Court is hereby authorized and requested to enter a full satisfaction of cost judgment of record.

Respectfully Submitted,

By: /s/ Dale T. Golden
Dale T. Golden, Esquire
Florida Bar No.: 094080
Charles J. McHale, Esquire
Florida Bar No.: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609
Telephone: (813) 251-5500
Facsimile: (813) 251-3675
E-mail: dgolden@gsgfirm.com
E-mail: cmchale@gsgfirm.com
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Dale T. Golden
Dale T. Golden, Esquire
Florida Bar No.: 094080
Charles J. McHale, Esquire
Florida Bar No.: 0026555